1
2
3
4
5

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FONDA WHITFIELD, and THE ESTATE OF DEON WHITFIELD, by Fonda Whitfield, | ) ) ) ) | CIV. S-04-2729 GEB JFM |
| Plaintiffs, | ) ) | |
| v. | ) ) | <u>ORDER VACATING CONSOLIDATION AND RESCHEDULING FINAL PRETRIAL CONFERENCE AND TRIAL IN CIVIL ACTION CIV. S-04-2730 GEB JFM</u> |
| STATE OF CALIFORNIA; STATE OF CALIFORNIA YOUTH AUTHORITY; JERRY HARPER; WALTER ALLEN III; JEFF HARADA; DR. PARAGUAN; HAMID SIAL, MD.; AND UNKNOWN EMPLOYEES AND AGENTS which are named as DOES 1-100, inclusive, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| ALAN FEASTER, GLORIA FEASTER, THE ESTATE OF DURRELL FEASTER, by Alan Feaster and Gloria Feaster, | ) ) ) ) | CIV. S-04-2730 GEB JFM |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| STATE OF CALIFORNIA; STATE OF CALIFORNIA YOUTH AUTHORITY; JERRY HARPER; WALTER ALLEN III; JEFF HARADA; DR. PARAGUAN; HAMID SIAL, MD.; AND UNKNOWN EMPLOYEES AND AGENTS which are named as DOES 1-100, inclusive, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Defendants object to the Order Consolidating Actions and Status (Pretrial Scheduling) Order ("Order") filed on April 20, 2005,

1

which consolidated these actions *sua sponte*. Since Plaintiffs have not responded to the objection within the time period prescribed for a response,[1] the portion of the Order which consolidated the actions is withdrawn *nunc pro tunc* as of the date of the consolidation.[2]

Further, the Status (Pretrial Scheduling) Order in the Order applies to both actions except for the scheduling of the final pretrial conference and trial dates in CIV. S-04-2730 GEB JFM. The final pretrial conference in CIV. S-04-2730 GEB JFM is rescheduled to commence on October 16, 2006, at 3:30 p.m. Trial in CIV. S-04-2730 GEB JFM is rescheduled to commence on January 30, 2007, at 9:00 a.m.

IT IS SO ORDERED.

DATED: June 3, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The Order provided Plaintiffs ten court days within which to respond to Defendants' Objection. (Order at 10.)

[2] Thus, the actions are related within the meaning of L.R. 83-123 but are not consolidated.

2