IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FOND WHITFIELD, THE ESTATE
OF DEON WHITFIELD,

    Plaintiffs,                    No. CIV S-04-2729 GEB JFM

    vs.

STATE OF CALIFORNIA, ET AL.,     ORDER

    Defendants.
_____/

       Plaintiffs' motion to compel production of documents was noticed for hearing September 22, 2005.  A review of the parties' joint statement regarding discovery, filed pursuant to 37-251, reflects that the discovery dispute between the parties is whether certain documents maintained by defendants are protected from discovery by, *inter alia*, the assertion of certain privileges and privacy objections.  Accordingly, the court will order defendants to submit the challenged documents for *in camera* review, along with a copy of the privilege log.[1]  The September 22, 2005 hearing will be vacated and will be reset, as appropriate, following the *in camera* review.

---

[1] Although the stipulation states the privilege log is appended as Exhibit A, the document identified as Exhibit A on the docket sheet is Yvette Marc-Aurele's April 2003 declaration. Exhibit C is also a declaration by Ms. Marc-Aurele, dated April 25, 2005.  Id.

1

Accordingly, IT IS HEREBY ORDERED that:

I. No later than ten days from the date of this order

 A. Defendants shall file a copy of the privilege log pertaining to this discovery dispute;

 B. Defendants shall deliver to the chambers of the undersigned the following documents for *in camera* review:

  1. Operational Analysis Report, dated January 23, 2004;

  2. Memo from Senior Staff Counsel, N. Rufo to Director Allen re liability assessment, dated January 23, 2004;

  3. Incomplete Internal Affairs Investigation re In Custody Deaths;

  4. Memoranda from J. Dunkham to M. Gantt re Internal Affairs Investigation re In Custody Deaths;

  5. SPAR Quarterly Reports for Preston;

  6. Compliance Review of SPAR Policy Compliance Unit; and

  7. Provisions of Services to Wards on Restricted Programs.

 C. Any and all other documents withheld, together with a statement describing the basis for withholding for each document.

II. The September 22, 2005 hearing is vacated.

DATED: September 12, 2005.

    _____
    UNITED STATES MAGISTRATE JUDGE

/001;whitfield.fb