```
 1
 2
 3
 4
 5
 6
 7                    IN THE UNITED STATES DISTRICT COURT
 8                   FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10
   FONDA WHITFIELD; and THE ESTATE OF )
11 DEON WHITFIELD, by Fonda Whitfield,)    2:04-cv-2729-GEB-JFM
                                      )
12                    Plaintiffs,     )
                                      )       ORDER*
13            v.                      )
                                      )
14 STATE OF CALIFORNIA, et al.,       )
                                      )
15                    Defendants.     )
                                      )
16
17
18         On September 23, 2005, Defendants filed a "Request for
19 Reconsideration by the District Court of the Magistrate Judge's
20 Ruling."  A request for reconsideration is permissible under Local
21 Rule 72-303(c), which requires the party seeking reconsideration to
22 "designate the ruling . . . objected to and the basis for that
23 objection."  Defendants assert that "the Magistrate Judge's [Order]
24 requires [them] to produce documents for in camera review that are not
25 in dispute."  (Request for Reconsideration at 2.)  This conclusory
26 ////
27 ─────────────────
28      *   This matter was decided without oral argument.  L.R.
   72-303(e).
```

           1

assertion, however, does not provide sufficient "basis" to justify reconsideration of the challenged portion of the Magistrate Judge's order.  Therefore, the motion is denied.

Dated:  October 4, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge