IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FONDA WHITFIELD, and THE ESTATE OF DEON WHITFIELD, by Fonda Whitfield,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>STATE OF CALIFORNIA; STATE OF CALIFORNIA YOUTH AUTHORITY; JERRY HARPER; WALTER ALLEN III; JEFF HARADA; DR. PARAGUAN; and HAMID SIAL, MD.,[1]<br><br>　　　　　　Defendants. | 2:04-cv-2729-GEB-JFM<br><br><br><br><br><br>ORDER |

　　　　On November 28, 2005, the parties lodged a stipulation which seeks to amend the expert witness provisions in the Status (Pretrial Scheduling) Order. The good cause issue is not reached because the parties' request can be accommodated if other dates in the Rule 16 Scheduling Order are also modified and the trial date is unaffected.

---

　　[1] The Doe Defendants are dismissed in accordance with the Status (Pretrial Scheduling) Order filed April 20, 2005, and the caption is amended accordingly.

1

       Therefore, the Status (Pretrial Scheduling) Order is modified as follows:

       (1)   Each party shall comply with Federal Rule of Civil Procedure 26(a)(2)'s initial expert witness disclosure and report requirements on or before May 17, 2006, and with the rebuttal expert disclosures authorized under the Rule on or before June 21, 2006;

       (2)   All discovery shall be completed by August 3, 2006;

       (3)   The last hearing date for law and motion is September 5, 2006, at 9:00 a.m.;

       (4)   The final pretrial conference is set for November 20, 2006, at 10:00 a.m.

       IT IS SO ORDERED.

Dated:   December 20, 2005

                               /s/ Garland E. Burrell, Jr.
                               GARLAND E. BURRELL, JR.
                               United States District Judge