IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FOND WHITFIELD, THE ESTATE
OF DEON WHITFIELD,

      Plaintiffs,                        No. CIV S-04-2729 GEB JFM

  vs.

STATE OF CALIFORNIA, ET AL.,       ORDER

      Defendants.
_____/

         Plaintiffs' August 29, 2005 motion to compel came on regularly for hearing December 8, 2005. Plaintiffs were represented by Samuel Paz. Sandra Lusich, Deputy Attorney General, appeared for defendants. Upon review of the motion and the documents in support and opposition, upon reviewing the documents *in camera*, upon hearing the arguments of counsel and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

         1. The letter written by Nanette Rufo is protected by attorney-client privilege and need not be disclosed; plaintiffs' August 29, 2005 motion to compel discovery of this letter is denied.

         2. Counsel were directed to provide a stipulation, if any, as to the documents concerning gang affiliation or membership, and on December 14, 2005, counsel provided a

stipulation. The parties agreed to the redaction of any third party ward identifying information contained in the institutional gang files of Deon Whitfield and Durrell Feaster (excluding the respective name of Durrell Feaster from Deon Whitfield's file and vice versa), and agreed that the court will retain jurisdiction over this issue should plaintiffs contend they need access to the redacted information. Accordingly, defendants shall produce these redacted documents for inspection and copying within ten days.

      3. In all other respects, plaintiffs' August 29, 2005 motion to compel is granted. Within ten days from the date of this order, defendants shall produce for inspection and copying the remaining documents submitted to the court under seal.

      4. All disclosures ordered herein are governed by the April 7, 2005 protective order. Plaintiffs shall not disclose or show any documents ordered disclosed herein to any person except those personnel employed in their respective offices, and then only to the extent necessary to the conduct of this litigation, nor shall any disclosure of this information be made, except as may be permitted by further order of this court.

DATED: December 20, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

/001;whitfield.icr