```
                   IN THE UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA
```

FONDA WHITFIELD, and                )
THE ESTATE OF DEON WHITFIELD,       )
                                    )   2:04-cv-2729-GEB-JFM
                    Plaintiffs,     )
                                    )
            v.                      )   ORDER
                                    )
STATE OF CALIFORNIA; STATE          )
OF CALIFORNIA YOUTH AUTHORITY;      )
JERRY HARPER; WALTER ALLEN III;     )
JEFF HARADA; DR. PARAGUAN; and      )
HAMID SIAL, M.D.,                   )
                                    )
                    Defendants.     )

On January 6, 2006, Defendants filed a request for reconsideration of the Magistrate Judge's ruling filed December 21, 2005, which granted Plaintiff's motion to compel discovery of documents submitted to the Magistrate Judge for in camera review. The discovery documents that are the subject of the request for reconsideration have not been provided to the District Judge for review. Therefore, Defendants have not provided a sufficient record

/////
/////
/////
/////
/////

in support of their request.  The ruling of the Magistrate Judge filed December 21, 2005, is affirmed.

      IT IS SO ORDERED.

Dated:  March 23, 2006

<u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge