1 | MORENO & RIVERA, LLP
2 | 1451 River Park Drive, Suite 145
Sacramento, California 95815
3 | Tel: 916-922-1200 Fax: 916 922-1301

4 | Jesse M. Rivera, CSN 84259

5 | Attorney for Defendant,
JERRY HARPER

### IN THE UNITED STATES DISTRICT COURT

### IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FONDA WHITFIELD; and THE ESTATE OF DEON WHITFIELD, | CASE NO. CIV S-04-02729 GEB JFM |
| Plaintiffs, | |
| vs. | **SUBSTITUTION OF COUNSEL** |
| STATE OF CALIFORNIA; STATE OF CALIFORNIA YOUTH AUTHORITY; JERRY HARPER; WALTER ALLEN III, JEFF HARADA; DR. PARAGUAN; HAMID SIAL, M.D., et al., | |
| Defendants. | |

BY OUR SIGNATURES BELOW, it is hereby mutually agreed that JESSE M. RIVERA, of the LAW OFFICES OF MORENO & RIVERA, is substituted in on Case Number CIV S-04-02729 GEB JFM, and STEPHEN ACQUISTO, Deputy Attorney General, is

/////
/////
/////
/////
/////
/////
/////
/////

1  substituted out of said case, as attorney of record for Defendant JERRY HARPER.

2  DATED: June 21, 2006                              /s/ Jerry Harper
                                                     JERRY HARPER
3
   I hereby agree to said substitution.              MORENO & RIVERA
4

5  DATED: June 21, 2006                              /s/ Jesse M. Rivera
                                                     JESSE M. RIVERA
6
   I hereby consent to said substitution.            DEPUTY ATTORNEY GENERAL
7
   DATED: June 21, 2006                              /s/ Stephen Acquisto
8                                                    STEPHEN ACQUISTO

9  IT IS SO ORDERED:

10 Dated:  June 26, 2006

11
                                                     /s/ Garland E. Burrell, Jr.
12                                                   GARLAND E. BURRELL, JR.
                                                     United States District Judge
13