1  MORENO & RIVERA, LLP
2  1451 River Park Drive, Suite 145
   Sacramento, California 95815
3  Tel: 916-922-1200 Fax: 916 922-1301
4  Jesse M. Rivera, CSN 84259
5  Attorney for Defendant,
   JERRY HARPER
6

7           IN THE UNITED STATES DISTRICT COURT
8          IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 FONDA WHITFIELD; and THE ESTATE  )   CASE NO. CIV S-04-02729 GEB JFM
   OF DEON WHITFIELD,               )
11                                  )
                Plaintiffs,          )
12 vs.                              )   **SUBSTITUTION OF COUNSEL**
                                    )
13 STATE OF CALIFORNIA; STATE OF    )
   CALIFORNIA YOUTH AUTHORITY;      )
14 JERRY HARPER; WALTER ALLEN III,  )
   JEFF HARADA; DR. PARAGUAN;       )
15 HAMID SIAL, M.D., et al.,        )
                                    )
16              Defendants.          )
                                    )
17                                  )

18
19
20         BY OUR SIGNATURES BELOW, it is hereby mutually agreed that JESSE M.
21 RIVERA, of the LAW OFFICES OF MORENO & RIVERA, is substituted in on Case Number
22 CIV S-04-02729 GEB JFM, and STEPHEN ACQUISTO, Deputy Attorney General, is
23 /////
24 /////
25 /////
26 /////
27 /////
28 /////

1  substituted out of said case, as attorney of record for Defendant JERRY HARPER.

2  DATED: June 21, 2006                     /s/ Jerry Harper
                                             JERRY HARPER

3  I hereby agree to said substitution.      MORENO & RIVERA

4

5  DATED: June 21, 2006                     /s/ Jesse M. Rivera
                                             JESSE M. RIVERA

6

7  I hereby consent to said substitution.    DEPUTY ATTORNEY GENERAL

8  DATED: June 21, 2006                     /s/ Stephen Acquisto
                                             STEPHEN ACQUISTO

9  IT IS SO ORDERED:

10  Dated:  June 30, 2006

11

12                                           /s/ Garland E. Burrell, Jr.
                                             GARLAND E. BURRELL, JR.
                                             United States District Judge