IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FONDA WHITFIELD, THE ESTATE
OF DEON WHITFIELD,

        Plaintiffs,                      No. CIV S-04-2729 GEB JFM

    vs.

STATE OF CALIFORNIA, ET AL.,       <u>ORDER</u>

        Defendants.
_____/

ALAN FEASTER, et al.,

        Plaintiffs,                      No. CIV S-04-2730 GEB JFM

    vs.

STATE OF CALIFORNIA, ET AL.,       <u>ORDER</u>

        Defendants.
_____/

        Plaintiff's August 9, 2006 application for an order requiring defendants to produce certain witnesses for deposition came on for telephonic hearing August 11, 2006. Plaintiffs were represented by Sonia M. Mercado and Samuel Paz. Jesse Rivera appeared for defendant Jerry Harper. Stephen P. Acquisto, Deputy Attorney General, appeared for the remaining state defendants. Upon hearing the arguments of counsel and good cause appearing therefor, THE COURT MADE THE FOLLOWING ORDERS AND ANNOUNCED THEM TO COUNSEL:

1

1  The deposition of Dr. Templeton will be set for September 11, 2006 or such other
2  date as counsel shall agree to in writing.
3  The depositions of Dr. Dietzen (August 28, 2006), Pat Thomas (August 23, 2006),
4  Richard Kai (August 25, 2006), Mr. Palacioz (August 28, 2006) and Ivory Cummings (August
5  21, 2006), appear to have been agreed to during today's hearing.  Mr. Acquisto is directed to
6  contact these deponents and advise the court of their availability on or before 4:00 p.m. Monday,
7  August 14, 2006.
8  In all other respects, plaintiff's August 9, 2006 application is denied.
9  DATED:  August 18, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/001;whitfield.oah2