```
 1
 2
 3
 4
 5
 6
 7                    IN THE UNITED STATES DISTRICT COURT
 8                   FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
    FONDA WHITFIELD, and                 )
10  THE ESTATE OF DEON WHITFIELD, by     )
    Fonda Whitfield,                     )
11                                       )    2:04-cv-2729-GEB-JFM
                    Plaintiffs,          )
12                                       )
             v.                          )    ORDER
13                                       )
    STATE OF CALIFORNIA; STATE           )
14  OF CALIFORNIA YOUTH AUTHORITY;       )
    JERRY HARPER; WALTER ALLEN III;      )
15  JEFF HARADA; DR. PARAGUAN; and       )
    HAMID SIAL, M.D.,                    )
16                                       )
                    Defendants.          )
17                                       )
18
19          In light of the pending Motion to Amend the Complaint filed
20  August 30, 2006, the Status (Pretrial Scheduling) Conference scheduled
21  for September 25, 2006, is rescheduled to commence at
22  /////
23  /////
24  /////
25  /////
26  /////
27  /////
28  /////
```

1

9:00 a.m. on December 18, 2006.  The parties shall file a further joint status report no later than December 4, 2006.[1]

IT IS SO ORDERED.

Dated:  September 19, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The parties are reminded that "[t]he failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties."  (Status (Pretrial Scheduling) Order, April 20, 2006, at 7, n.5.)

2