IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FONDA WHITFIELD, THE ESTATE
OF DEON WHITFIELD,

    Plaintiffs,                      No. CIV S-04-2729 GEB JFM

    vs.

STATE OF CALIFORNIA, ET AL.,      ORDER

    Defendants.
_____/

        On February 23, 2007, defendant CYA filed a request for extension of time to file responses to plaintiff's fifth set of document production requests. On March 2, 2007, plaintiffs filed a motion to compel defendant CYA to produce documents responsive to the fifth request for production of documents, along with a request for order shortening time. On March 2, 2007, plaintiffs also filed a motion for protective order regarding the scheduling of plaintiff's expert Dr. Kupers' deposition, along with a request for order shortening time. The court notes that this matter is presently set for further settlement conference on Tuesday, March 13, 2007 before the Honorable Dale A. Drozd. The discovery deadline is presently set for March 23, 2007, pursuant to the district court's order of December 20, 2006.

/////

Although the parties did not meet the requirements for a request for order shortening time, Local Rule 6-144(e), given the pending discovery requests and the impending discovery deadline, the court will specially set this matter for hearing on shortened time on Monday, March 12, 2007, at 11:00 a.m. in Courtroom #25 before the undersigned.  Counsel shall bring their calendars and be aware that evenings and weekends are available to accomplish discovery within the presently-set discovery deadline.  In addition, counsel for defendant CYA will be directed to bring to the hearing copies of documents responsive to the fifth request for production of documents at issue herein.

Accordingly, IT IS HEREBY ORDERED that:

1. This matter is set for Monday, March 12, 2007, at 11:00 a.m. in Courtroom #25 before the undersigned.  The following matters will be addressed:  defendant CYA's February 23, 2007 request for extension of time to respond to the fifth request for production of documents; plaintiffs' March 2, 2007 motion to compel production of documents responsive to the fifth request; and plaintiffs' March 2, 2007 motion for protective order concerning the deposition of expert witness Dr. Kupers.

2. All counsel shall bring their calendars to the March 12, 2007 hearing.

3. Counsel for defendant CYA shall bring copies of documents responsive to the fifth request for production of documents at issue herein to the March 12, 2007 hearing.

DATED: March 5, 2007.

UNITED STATES MAGISTRATE JUDGE

/001;whitfield.fhrg2