IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FONDA WHITFIELD, THE ESTATE
OF DEON WHITFIELD,

        Plaintiffs,                    No. CIV S-04-2729 GEB JFM

    vs.

STATE OF CALIFORNIA, ET AL.,       <u>ORDER</u>

        Defendants.
_____/

        Defendant CYA's February 23, 2007 request for extension of time to respond to plaintiff's fifth set of document production requests and plaintiffs' March 2, 2007 motion to compel production of same came on for hearing March 12, 2007 on shortened time.  Plaintiffs were represented by Sonia M. Mercado.  Jesse Rivera appeared for defendant Jerry Harper.  Stephen P. Acquisto, Deputy Attorney General, appeared for the remaining state defendants.  Upon hearing the arguments of counsel and good cause appearing therefor, THE COURT MADE THE FOLLOWING ORDERS AND ANNOUNCED THEM TO COUNSEL:

        Defendant CYA shall produce to plaintiffs' counsel those documents brought to the hearing.  The document identified as "Attachment 2" is produced subject to a protective order.  Attachment 2 shall be used solely for the purposes of this litigation.

        Defendant CYA's request for extension of time will be partially granted.  Defendant CYA shall produce the remaining documents by next Monday, March 19, 2007.  Said

1

1  documents shall be delivered to plaintiffs via overnight delivery.  Counsel for plaintiffs and
2  counsel for defendant CYA shall meet and confer at the earliest possible time after production.
3  Said counsel shall fax a report to the chambers of the undersigned prior to close of business
4  March 21, 2007 concerning the status of the production.  Said report may be joint or may be
5  signed by one counsel with the representation that opposing counsel agrees.  This schedule is
6  within the presently-set discovery deadline of March 23, 2007; no modification of the scheduling
7  order has been made.

        Accordingly, IT IS HEREBY ORDERED that:

        1.  Defendant CYA's February 23, 2007 request for extension and plaintiffs' March 2, 2007 motion to compel are partially granted.

        2.  Defendant CYA produced certain documents at the March 12, 2007 hearing. Attachment 2 is produced subject to a protective order and shall be used solely for the purposes of this litigation.

        3.  The remaining documents responsive to the fifth request for production shall be produced by Monday, March 19, 2007 and shall be delivered to plaintiffs via overnight delivery.  Counsel for plaintiffs and counsel for defendant CYA shall meet and confer at the earliest possible time thereafter.

        4.  Prior to close of business March 21, 2007, counsel shall fax a report concerning the status of the production to the chambers of the undersigned.

DATED:  March 14, 2007.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

/001;whitfield.oah3