1 | Sonia M. Mercado (Bar # 117069)
SONIA MERCARDO & ASSOCIATES
2 | 5701 W. Slauson Avenue, Suite 202
Culver City, CA 90230
3 | Telephone: (310) 410-2981

4 | R. Samuel Paz (Bar # 62373)
LAW OFFICES OF R. SAMUEL PAZ
5 | 5701 W. Slauson Avenue, Suite 202
Culver City, CA 90230
6 | Telephone: (310) 410-2981

7 | MORENO & RIVERA, LLP

8 | 1451 River Park Drive, Suite 145
Sacramento, California 95815

9 | Tel: 916-922-1200 Fax: 916 922-1301

10 | Jesse M. Rivera, CSN 84259
Jonathan B. Paul, CSN 215884

11 |

12 | Attorneys for Defendant,
JERRY HARPER

13 |

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FONDA WHITFIELD; and THE ESTATE OF DEON WHITFIELD, | CASE NO. CIV S-04-02729 GEB JFM |
| Plaintiffs, | **STIPULATED DISMISSAL WITH PREJUDICE; ORDER** |
| vs. | |
| STATE OF CALIFORNIA; STATE OF CALIFORNIA YOUTH AUTHORITY; JERRY HARPER; WALTER ALLEN III, JEFF HARADA; DR. PARAGUAN; HAMID SIAL, M.D., et al., | **[F.R.C.P §41(a)(2)]** |
| Defendants. | |
| Consolidated CV2730, Feaster v. CYA | |

It is hereby stipulated, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by and between the plaintiffs FONDA WHITFIELD and THE ESTATE OF DEON WHITFIELD, and ALLEN FEASTER, GLORIA FEASTER, AND THE ESTATE OF DURRELL FEASTER, by and through their attorneys Sonia M. Mercado and R. Samuel Paz of

1  Sonia Mercado & Associates, and defendant, JERRY HARPER by and through his attorney,
2  Jesse M. Rivera of Moreno & Rivera, and JEFF HARADA, DOMINADOR C. PAGADUAN,
3  HAMID SIAL, M.D., VIRGINIA KEGG, MARVIN WILLIAMS, IVORY CUMMINGS,
4  MARIE CURRAN, PAUL WOODWARD, DR. BEN TEMPLETON, ELAINE STENOSKI,
5  ERNEST MERRELL, HAYMAN MATLOCK, KIP LOWE, AND PAT THOMAS, by and
6  through their attorney, Stephen Acquisto, Supervising Deputy Attorney General, for the
7  Attorney General's Office that the named defendant parties to this stipulation are dismissed with
8  prejudice forthwith pursuant to F.R.C.P. §41(a)(1).  As a condition of said dismissal each side is
9  to bear its own costs and attorney fees.

10  The sole remaining defendant, the California Youth Authority, will be dismissed upon
11  the execution of the parties' written settlement agreement.

SONIA M. MERCADO & ASSOCIATES
SONIA M. MERCADO

Dated: April 25, 2007         /s/ Sonia M. Mercado
                              Sonia M. Mercado, Counsel for Plaintiffs
                              FONDA WHITFIELD AND THE ESTATE OF
                              DEON WHITFIELD AND ALLEN FEASTER,
                              GLORIA FEASTER, AND THE ESTATE OF
                              DURRELL FEASTER


MORENO & RIVERA
JESSE M. RIVERA

Dated: April 26, 2007         /s/ Jesse. M. Rivera
                              Jesse M. Rivera, Counsel for Defendant,
                              JERRY HARPER


ATTORNEY GENERAL'S OFFICE
STEPHEN ACQUISTO

Dated: April 24, 2007         /s/ Stephen Acquisto
                              Stephen Acquisto, Counsel for Defendants,
                              JEFF HARADA, DOMINADOR C. PAGADUAN,
                              HAMID SIAL, M.D., VIRGINIA KEGG,
                              MARVIN WILLIAMS, IVORY CUMMINGS,
                              MARIE CURRAN, PAUL WOODWARD, DR.
                              BEN TEMPLETON, ELAINE STENOSKI,
                              ERNEST MERRELL, HAYMAN MATLOCK,
                              KIP LOWE, AND PAT THOMAS

1 In consideration of the Stipulation entered by the parties, in the <u>Whitfield v. State of California, et. al.</u> United States District Court, Eastern District of California, Case No. CIV S-04-02729 GEB JFM; consolidated with <u>Feaster v. State of California, et al.</u>, United States District Court, Eastern District of California, Case No. CIV S-04-02730 GEB JFM, the following defendants, JERRY HARPER, JEFF HARADA, DOMINADOR C. PAGADUAN, HAMID SIAL, M.D., VIRGINIA KEGG, MARVIN WILLIAMS, IVORY CUMMINGS, MARIE CURRAN, PAUL WOODWARD, DR. BEN TEMPLETON, ELAINE STENOSKI, ERNEST MERRELL, HAYMAN MATLOCK, KIP LOWE, AND PAT THOMAS are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a) (2).

Further, docket entry number 128 closing this action is vacated because this action is not completely resolved by this stipulated dismissal.

**IT IS SO ORDERED**.

Dated: April 30, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge