IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FONDA WHITFIELD and THE ESTATE OF DEON WHITFIELD,<br><br>        Plaintiffs,<br><br>    v.<br><br>STATE OF CALIFORNIA; STATE OF CALIFORNIA YOUTH AUTHORITY; JERRY HARPER; WALTER ALLEN III; JEFF HARADA; DR. PARAGUAN; HAMID SIAL, M.D.; et al,<br><br>        Defendants.<br><hr>consolidated with:<br><br>ALLEN FEASTER, et al.,<br><br>        Plaintiffs,<br>    v.<br><br>STATE OF CALIFORNIA, et al.<br><br>        Defendants. | 2:04-cv-2729-GEB-JFM<br>c/w 2:04-cv-2730-GEB-JFM<br><br><br><br><br>ORDER[*] |

      Lonnie Mathews, the sole living son of Plaintiff Gloria Feaster, seeks to be appointed as guardian ad litem to represent the

---

[*] This matter was determined to be suitable for decision without oral argument. L.R. 78-230(h).

1

interests of his mother, Gloria Feaster, who subsequent to the entry of a settlement agreement in this action, had a stroke and became incompetent. (Mathews' App. at 2:1-4.) The Application is unopposed.

"The court must appoint a guardian ad litem . . . to protect a[n] incompetent person . . . ." Fed. R. Civ. P. 17(c)(2). Since the Application reveals that it should be granted, Lonnie Mathews is hereby appointed as the guardian ad litem for Plaintiff Gloria Feaster.

IT IS SO ORDERED.

Dated: November 27, 2007

GARLAND E. BURRELL, JR.
United States District Judge