IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FONDA WHITFIELD and THE ESTATE OF DEON WHITFIELD, | ) ) ) | 2:04-cv-2729-GEB-JFM c/w 2:04-cv-2730-GEB-JFM |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER[*] |
| STATE OF CALIFORNIA; STATE OF CALIFORNIA YOUTH AUTHORITY; JERRY HARPER; WALTER ALLEN III; JEFF HARADA; DR. PARAGUAN; HAMID SIAL, M.D.; et al, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| consolidated with: | ) ) | |
| ALLEN FEASTER, et al., | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| STATE OF CALIFORNIA, et al. | ) ) | |
| Defendants. | ) ) | |

The unopposed application to appoint Lonnie Mathews as Guardian Ad Litem for Gloria Feaster, filed October 31, 2007, stated that "[t]he parties understand that should the Court grant Lonnie

---

[*] This matter was determined to be suitable for decision without oral argument.  L.R. 78-230(h).

1

1  Mathews [the] appointment, he will file an appropriate petition for
2  disbursement of the share of Gloria Feaster's settlement amount of
3  $362.500.00."  (Mem. of P & A at 2; see also id. at 5 ("Should the
4  Court approve this appointment, Lonnie Mathews will file a petition
5  for approval of disbursement of his mother's portion of the settlement
6  funds.").)  On November 28, 2007, an Order was filed appointing Lonnie
7  Mathews as the guardian ad litem for Gloria Feaster; however, nothing
8  has been filed in this action since that Order issued.  Accordingly, a
9  status conference is scheduled to commence at 9:00 a.m. on March 17,
10 2008.  The parties shall file a joint status report explaining the
11 status of this action no later than fourteen days prior to the status
12 conference.
13         IT IS SO ORDERED.
14 Dated:  February 7, 2008

16                              GARLAND E. BURRELL, JR.
17                              United States District Judge