```
                IN THE UNITED STATES DISTRICT COURT

              FOR THE EASTERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| FONDA WHITFIELD and THE ESTATE OF DEON WHITFIELD,<br><br>        Plaintiffs,<br><br>    v.<br><br>STATE OF CALIFORNIA; STATE OF CALIFORNIA YOUTH AUTHORITY; JERRY HARPER; WALTER ALLEN III; JEFF HARADA; DR. PARAGUAN; HAMID SIAL, M.D.; et al,<br><br>        Defendants.<br><br>consolidated with:<br><br>ALLEN FEASTER, et al.,<br><br>        Plaintiffs,<br>    v.<br><br>STATE OF CALIFORNIA, et al.<br><br>        Defendants. | 2:04-cv-2729-GEB-JFM<br>c/w 2:04-cv-2730-GEB-JFM<br><br><br><br><u>ORDER GRANTING APPLICATION TO SHORTEN TIME</u> |

        The Application on behalf of Plaintiff Gloria Feaster by her guardian ad litem for an Order shortening time so that said Plaintiff's "Unopposed Ex Parte Application for Approval of Compromise and Disbursement of Settlement Funds and Attorney Fees and Costs," could be heard at 9:00 a.m. Monday, April 14, 2008 (together with the

1  Pretrial Scheduling Conference) is granted.  No deadline for
2  opposition is established since the Application and declaration of
3  Sonia M. Mercado attached thereto states the Application is unopposed.
4      IT IS SO ORDERED.
5  Dated:  April 10, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge