1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FONDA WHITFIELD et al.,<br>　　　　　　　　Plaintiffs,<br>v.<br>STATE OF CALIFORNIA et al.<br>　　　　　　　　Defendants.<br>_____<br>consolidated with:<br><br>ALLEN FEASTER, et al.,<br>　　　　　　　　Plaintiffs,<br>v.<br>STATE OF CALIFORNIA, et al.<br>　　　　　　　　Defendants.<br>_____ | CASE NO.CIV S-04-2729 GEB (JFM)<br>c/o  Case No.CIV S-04-2730 GEB (JFM)<br><br>[Hon. Judge Garland E. Burrell]<br><br>**[PROPOSED] ORDER APPROVING COMPROMISE AND DISBURSEMENT OF SETTLEMENT FUNDS OF GLORIA FEASTER** |

　　　Having considered the Application for Order Approving Compromise and Disbursement of Settlement Funds of Gloria Feaster, by her guardian ad litem, Lonnie Mathews, and having considered the attached declarations and points and authorities, and finding good cause therefor, the Application is hereby granted and it is ordered that Gloria Feaster's gross settlement in the amount of $362,500.00 (three hundred and sixty-two thousand, five hundred dollars) shall be disbursed by attorney Sonia Mercado as follows:

1.　　The amount of $202,111.44 (two hundred and two thousand, one hundred and eleven dollars and forty-four cents) shall be disbursed to the Conservatorship

established for Gloria Feaster in Probate Court, Case number CONPS 0800058;

2. The amount of $145,000.00 (one hundred and forty five thousand dollars), shall be disbursed to R. Samuel Paz and Sonia Mercado jointly for their attorney fee in this case; and

3. The amount of $15,388.56 (fifteen thousand three hundred and eighty-eight dollars and fifty-six cents), shall be disbursed to R. Samuel Paz and Sonia Mercado jointly for Gloria Feaster's costs of litigation the attorneys paid in prosecution of this case.

**It is so ordered.**

DATED: April 14, 2008

Garland E. Burrell, Jr.
United States District Judge